**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LOCAL PET, INC.,

    Plaintiff,

v.                                        Case No.  3:19-cv-547-J-34JBT

JAMES MORTON, III, and
ALEX TALYANKER,

    Defendants.

_____

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal (Dkt. No. 7; Notice) filed on June 24, 2019.  In the Notice, Plaintiff requests dismissal of this matter.  <u>See</u> Notice at 1.  Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment.  Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1.    This case is **DISMISSED**.

2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of June, 2019.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

Case 3:19-cv-00547-MMH-J_T   Document 8   Filed 06/25/19   Page 1 of 2 PageID 32

- 2 -

ja

Copies to:

Counsel of Record
Pro Se Parties